EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 1 2 2001

at __ o'clock and __ min. __M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. ___CRO1  00485 HG |
| ) | |
| Plaintiff, ) | INDICTMENT |
| ) | |
| vs. ) | [18 U.S.C. § 1344] |
| ) | |
| PAULINE PERREIRA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

<u>INDICTMENT</u>

The Grand Jury charges:

<u>Introduction</u>

1.   At all times material to the Indictment, American
Savings Bank, Onomea Federal Credit Union (Onomea FCU), and
Hawaii State Federal Credit Union (Hawaii State FCU) were each
"financial institutions" as defined in Title 18, United States
Code, Section 20.

2.    At all times material to the Indictment, PAULINE PERREIRA was employed by the American Savings Bank as a teller at the Prince Kuhio Branch.

The Scheme to Defraud

From in or around October 1998 to on or about December 7, 1998, in the District of Hawaii, the Defendant, PAULINE PERREIRA, devised and intended to devise a scheme and artifice to defraud the American Savings Bank, a bank the deposits of which were insured by the Federal Deposit Insurance Corporation and to obtain money and property owned by and under the control of the American Savings Bank by means of false and fraudulent pretenses, representations and promises as more fully set forth below.

1.    It was part of the scheme to defraud that the Defendant, PAULINE PERREIRA, would "kite" checks between accounts that she had at American Savings Bank, Onomea FCU and Hawaii State FCU.  That is, she would write insufficient funds checks on her account at one financial institution, cash the checks at one of the other financial institution, and would then cover the insufficient funds with an insufficient funds check or with a money order that she obtained by cashing an insufficient funds check.

2.    For the purpose of executing the scheme and artifice to defraud and for obtaining money by false and

2

fraudulent pretenses, representations and promises, in the District of Hawaii, the Defendant, PAULINE PERREIRA, cashed or deposited insufficient funds checks at American Savings Bank as set forth below:

| Count | Date | Check drawn on | Payable to | Amount |
|-------|------|----------------|------------|--------|
| 1 | December 2, 1998 | Onomea FCU | Cash | $1,372.61 |
| 2 | December 2, 1998 | Onomea FCU | Darin Perreira | $1,726.42 |
| 3 | December 2, 1998 | Onomea FCU | Pauline Perreira | $1837.26 |
| 4 | December 2, 1998 | Onomea FCU | Cash | $1,388.28 |
| 5 | December 3, 1998 | Onomea FCU | Pauline Perreira | $1,591.32 |
| 6 | December 3, 1998 | Onomea FCU | Darin Perreira | $1,649.71 |

//

//

//

//

//

//

//

//

//

//

//

3

All in violation of Title 18, United States Code, Section 1344.

DATED: _12/12/01_, 2001, at Honolulu, Hawaii.

A TRUE BILL

/S/

FOREPERSON, GRAND JURY


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


ELLIOT ENOKI
First Assistant U.S. Attorney


OMER G. POIRIER
Assistant U.S. Attorney


UNITED STATES vs. PAULINE PERREIRA
Cr. No. _____
"Indictment"

4